IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY FRANKLIN JOHNSON, III, | ) |
| Petitioner, | ) NO. 3:06-0416 |
| | ) JUDGE HAYNES |
| CHERRY LINDAMOOD, Warden, | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 41) is **GRANTED** and the Petitioner's petition for the writ of habeas corpus is **DENIED**. The Court **GRANTS** a Certificate of Appealability on all of Petitioner's claims.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge